**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FEIHONG LONG,** | § | |
| | § | |
| *Petitioner*, | § | |
| **v.** | § | |
| | § | |
| | § | |
| **MARKWAYNE MULLIN,** | § | **EP-26-CV-00474-DCG** |
| *Secretary, U.S. Department of Homeland* | § | |
| *Security*; **and** | § | |
| **MARY DE ANDA YBARRA,** | § | |
| *Field Office Director, El Paso Field Office,* | § | |
| *Immigration and Customs Enforcement*, | § | |
| | § | |
| *Respondents.* | § | |

## ORDER REGARDING POTENTIAL MOOTNESS

The Court mailed the three most recent orders in this case to Petitioner Feihong Long at his last known address at ERO El Paso Camp East Montana.[1]  The U.S. Postal Service returned all three of those orders to the courthouse with a note that Petitioner was "not found" at that address.[2]

The Court therefore checked ICE's Online Detainee Locator System to determine whether Petitioner is still in the Government's custody—and, if so, where.  Searching Petitioner's A-number and country of birth returned zero results.

---

[1] *See* Order Shortening Deadline, ECF No. 19, at 7; Order Den. Mot. Leave, ECF No. 23, at 4; Order Restricting Filings, ECF No. 25, at 4.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See* 1st Returned Mailing, ECF No. 29, at 1; 2d Returned Mailing, ECF No. 33, at 1; 3d Returned Mailing, ECF No. 32, at 1.

The Court thus suspects that the Government may have removed Petitioner from the country.  If so, then his pending Petition seeking release from custody may be moot.[3]

Thus, by **June 25, 2026**, Respondents **SHALL FILE** an Advisory informing the Court whether the Government has removed Petitioner from the United States.

If the answer to that question is "yes," Respondents **SHALL ATTACH** documentation substantiating Petitioner's removal as an exhibit to their Advisory.

**So ORDERED and SIGNED this 17th day of June 2026.**

_____

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[3] *Compare* Pet., ECF No. 1, at 12 (asking the Court to "[o]rder the immediate release of Petitioner"), *with, e.g.*, *Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex. July 9, 2020) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody.  [The petitioner] has since been removed from the United States.  [The petitioner]'s removal from the United States mooted any habeas claim for relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).